District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Petitioner, <br><br>         v. <br><br> STEPHEN VASKO, <br><br>                 Respondent. | NO. MC09-5006-RBL-KLS <br><br> ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Maren R. Norton, Assistant United States Attorney; it is hereby

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[MC09-5006-RBL-KLS]

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 20th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry

s/Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

*/s/ Maren R. Norton*
Maren R. Norton, WSBA# 35435
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 2
[MC09-5006-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970